No. **CR04105**

THE STATE OF TEXAS

VS.

**James Elwood King Jr,**

IN THE DISTRICT COURT OF

COMANCHE COUNTY, TEXAS

220TH JUDICIAL DISTRICT

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, Judge of the trial court, certify in this criminal case that the Defendant's appeal:

**X** is not a plea-bargain case and the Defendant has the right of appeal; or

___ is a plea-bargain case, but is on matters that were raised by written motion filed and ruled on before trial, and the Defendant has the right of appeal; or

___ is a plea-bargain case, but is taken after getting the trial court's permission to appeal, and the Defendant has a right of appeal; or

___ is a plea-bargain case, and the Defendant has NO right of appeal.

___ the defendant has waived the right of appeal.

_____
JUDGE PRESIDING

**6/21/2017**
_____
DATE SIGNED

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of criminal appeals. TEX.R.APP.P.68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in y current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

**FILED**

Defendant (if not represented by counsel)
Mailing Address: _____
Telephone Number: __JAIL_____

At_____O'clock____

Defendant's Counsel
State Bar No. **0088 5200**
Mailing Address: _____

**JUN 2 1 2017**

Fax Number: _____

Telephone Number: _____

**BRENDA DICKEY**
District Clerk, Comanche Co., TX
_____Deputy

Fax Number: _____

** A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case--that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant-- a defendant may appeal only: (A) those maters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2 (a)(2).

FILED
IN COURT OF APPEALS
ELEVENTH DISTRICT

JUN 2 6 2017

SHERRY WILLIAMSON, CLERK
By_____Deputy